FILED

MAR 17 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR177 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GREENBERG |
| | ) | |
| JERMAINE LEWIS, | ) | |
| | ) | |
| Defendant. | ) | JOURNAL ENTRY |

This matter came on to be heard upon the petition of Kelly L. Galvin, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Warden, Cuyahoga County Corrections Center, Cleveland, Ohio, and/or the United States Marshal at Cleveland, Ohio or their designee, and/or ATF. The Court, being fully advised in the said matter, finds that the said Jermaine Lewis, is detained in the Cuyahoga County Corrections Center, Cleveland, Ohio, under the custody of said Warden.

The Court further finds that the said United States desires to proceed to Arraign the defendant on an Indictment charging a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), at Cleveland, Ohio, before the Honorable Magistrate Judge Jonathan D. Greenberg on Wednesday March 18, 2020, at 2:30 p.m., and to other court proceedings relating to such Indictment as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Cleveland, Ohio or their designee, and/or ATF.

_____
UNITED STATES MAGISTRATE JUDGE